Submitted on record and briefs January 31, affirmed February 13, 1978

HOLLOWELL, *Appellant,*
*v.*
CARTER et al, *Respondents.*
(No. 77-156-L-3, CA 8993)
574 P2d 708

Arthur J. Hollowell, Central Point, filed the briefs for appellant.

John W. Eads, Jr., City Attorney, Medford, filed the brief for respondents.

Before Schwab, Chief Judge, and Thornton and Jospeh, Judges.

PER CURIAM.

**PER CURIAM.**

The dispositive issue in this case is whether a layman has a legal right, by virtue of the justice court statutes, to act as an attorney for another in a municipal court.[1] He does not. *Balcom v. Municipal Court,* 23 Or App 218, 541 P2d 1307, *rev den* (1975).

Affirmed.

---

[1] *See Oregon State Bar v. Wright,* 280 Or 693, 573 P2d 283 (1977).